writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Frederick S. Lyon* and *Leonard S. Lyon* for petitioner. *Mr. A. Donham Owen* for respondent.

No. 896. CAMPBELL *v.* AMERICAN FOREIGN STEAMSHIP CORP. May 5, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Ruth Gottdiener* for petitioner. *Mr. Corydon B. Dunham* for respondent.

No. 902. ARMATURE EXCHANGE INCORPORATED *v.* UNITED STATES. May 5, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Edwin A. Meserve* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Thomas E. Harris,* and *Newton K. Fox* for the United States.

No. 923. McGURREN *v.* McVEIGH ET AL. May 5, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles H. Soelke* for petitioner. *Messrs. Thomas Dodd Healy* and *Bernhardt Frank* for respondents.

No. 925. MORROW *v.* SCOFIELD, COLLECTOR OF INTERNAL REVENUE. May 5, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Harry C. Weeks* and *Benj. L. Bird* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Richard H. Demuth* for respondent.